Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Wesley Chao (SBN 324077)
wchao@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1291
Facsimile: (415) 772-7400

Attorneys for Defendant, Joseph Cayre

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSM HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MANTU I.M. MOBILE LTD., an Israeli limited company, BEEZZ COMMUNICATIONS SOLUTIONS LTD, an Israeli limited company, ERAN BEN ELIEZER, JOSEPH CAYRE, GAVRIEL GEORGE NIRYAEV, DENIS JDANOV, ERAN HAMO, MICHAEL RASKANSKY, and BRAMS JACOB MOYAL, <br><br> Defendants. | Case No. 3:19-cv-4391 <br><br> **PROOF OF SERVICE** <br><br> [Alameda Superior Court Case No. RG19024693] |

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 California Street, Suite 2000, San Francisco, California 94104.

On July 31, 2019 I served the foregoing document(s) described as:

1. **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332, 1441 AND 1446**
2. **CIVIL COVER SHEET**
3. **DEFENDANT JOSEPH CAYRE'S CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
4. **PROOF OF SERVICE OF INITIATING DOCUMENTS**

on all interested parties in this action as follows:

Jonathan A. Shapiro
Kristin C. Cope
BAKER BOTTS LLP
101 California Street, Suite 3611
San Francisco, CA 94111
Tel.: (415) 291-6200
Fax: (415) 291-6300

jonathan.shapiro@bakerbotts.com
kristin.cope@bakerbotts.com

☑ (VIA FEDEX) I served the foregoing document(s) by FedEx for overnight delivery. I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with FedEx fees thereon fully prepaid, for collection and delivery at Sidley Austin LLP, San Francisco, California. I am readily familiar with Sidley Austin LLP's practice for collection and delivery of express carrier package for delivery with FedEx. Under that practice, the FedEx package(s) would be delivered to an authorized courier or dealer authorized by FedEx to receive document(s) on that same day in the ordinary course of business.

☑ (E-MAIL) I caused the document(s) to be delivered by e-mail to each interested party as shown below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 31, 2019 at San Francisco, California.

_____
Lisha Koesnodihardjo

1
PROOF OF SERVICE