Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Wesley Chao (SBN 324077)
wchao@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1291
Facsimile: (415) 772-7400

Attorneys for Defendants Joseph Cayre and
Brams Jacob Moyal

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HSM HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MANTU I.M. MOBILE LTD., an Israeli limited company, BEEZZ COMMUNICATIONS SOLUTIONS LTD, an Israeli limited company, ERAN BEN ELIEZER, JOSEPH CAYRE, GAVRIEL GEORGE NIRYAEV, DENIS JDANOV, ERAN HAMO, MICHAEL RASKANSKY, and BRAMS JACOB MOYAL, <br><br> Defendants. | Case No. 3:19-cv-04391-TSH <br><br> **DECLARATION OF GAVRIEL GEORGE NIRYAEV IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8, 9(b) 12(b)(3) and 12(b)(6).** |

I, Gavriel George Niryaev, declare of my own personal knowledge as follows:

1. I am a founder, shareholder and member of the Board of Directors of Defendant, Mantu Mobile I.M. Ltd. ("Mantu"). I am familiar with the operations of Mantu and its corporate structure.

2. I make this declaration in support of the Motion to Dismiss pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(2), 12(b)(3), and 12(b)(6) filed by Defendants Joseph Cayre and Brams Moyal. Although named as a Defendant, I have not been served with the Complaint in this matter and I do not believe that I am subject to jurisdiction in California. If served with the Complaint, I intend to contest jurisdiction and also would seek dismissal of the claims asserted against me. By providing this Declaration in support of Defendants' motion to dismiss, I do not waive service or consent to jurisdiction.

3. Mantu is an Israeli limited company, founded in 2015, by me and Defendants Eran Ben Eliezer, Denis Jdanov, Eran Hamo and Michael Raskansky whom are all Israeli citizens and residents. Mantu provides an encrypted communications platform to companies and government entities ensuring secure peer to peer communications. Defendants Cayre and Moyal are shareholders of Mantu.

*4.* Beezz is an Israeli limited company founded in 2013 by me and Defendants Eliezer, Niryaev, Jdanov, Hamo and Raskansky. Beezz developed and provides an IoT security solution that is different than but synergistic with the technology offered by Mantu.

5. In 2015, Plaintiff HSM Holdings LLC entered into a Share Subscription Agreement with Mantu pursuant to which it agreed to invest $4 million in exchange for 4,414 shares, representing roughly 8% of Mantu. A true and correct copy of the Share Subscription Agreement is attached hereto as Exhibit A. Plaintiff was represented by counsel in connection with the negotiation and drafting of the Share Subscription Agreement. Plaintiff also entered into a Commission Agreement pursuant to which Plaintiff agreed to identify and solicit potential customers in exchange for which Plaintiff would earn a 20% cash commission, up to a maximum of $4 million.

6. Most of the individuals who are parties to this litigation or who will be witnesses are residents and citizens in Israel. Eliezer, Niryaev, Jdanov, Hamo and Raskansky are residents and citizens of Israel. Virtually all of the accounting, finance, IT and other employees of Mantu and Beezz with information relevant to Plaintiff's claims are Israeli residents. Many of these witnesses only speak Hebrew and do not speak English.

7. Mantu's outside auditor is the Israeli subsidiary of KMPG, and the knowledgeable partners and staff at KPMG are located in the Tel Aviv office.

8. Virtually all of the documents relating to the issues in this case are located in Israel, including documents related to: the development and commercialization of Mantu's platform; customer contracts and sales presentations; the financial accounting systems and records of Mantu and Beezz, and any documents related to their related business relationships and opportunities. Many of those documents are in Hebrew.

9. Mantu and Beezz are governed by their Articles of Association consistent with Israeli law.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that I can and will so testify thereto if called as a witness in this action.

Executed on this __th day of August, 2019, in Tel Aviv, Israel.

By: _____  14 Aug 2019
Gavriel George Niryaev