1 | Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
2 | Wesley Chao (SBN 324077)
wchao@sidley.com
3 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
4 | San Francisco, CA 94104
Telephone: (415) 772-1291
5 | Facsimile: (415) 772-7400

6

7 | Attorneys for Defendants

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HSM HOLDINGS, LLC, a Delaware limited liability company, | Case No. 3:19-cv-04391-TSH |
| Plaintiff, | **DECLARATION OF JOSEPH CAYRE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8, 9(B), 12(b)(2), 12(b)(3) and 12(b)(6).** |
| v. | |
| MANTU I.M. MOBILE LTD., an Israeli limited company, BEEZZ COMMUNICATIONS SOLUTIONS LTD, an Israeli limited company, ERAN BEN ELIEZER, JOSEPH CAYRE, GAVRIEL GEORGE NIRYAEV, DENIS JDANOV, ERAN HAMO, MICHAEL RASKANSKY, and BRAMS JACOB MOYAL, | |
| Defendants. | |

I, Joseph Cayre, declare of my own personal knowledge as follows:

1. I am a resident and citizen of New York, New York. I make this declaration in support of the Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), 12(b)(6), 9(b) and 8.

2. I am not the owner of real property in the state of California; however, I am a minority 2% member of an entity that owns a commercial building in Los Angeles, California. I do not regularly transact business in California. I am based in New York and my professional and business activities are largely conducted in New York.

3. I have travelled to California on only a handful of occasions since 2015. All of those visits were for leisure travel and were not business travel.

4. I am a shareholder of Defendant, Mantu Mobile I.M. Ltd. ("Mantu"). I have not traveled to California in connection with my role as a shareholder of Mantu. I met with Samuel Hirbod, a representative of HSM Holdings Ltd. to discuss HSM's investment in Mantu in New York in 2015. I never met with Mr. Hirbod or anyone else in California relating to HSM's investment in Mantu or relating to Mantu generally.

5. On July 15, 2019, my secretary informed me that she had been handed a copy of this Complaint and a summons. I was not personally served with the Complaint and Summons.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that I can and will so testify thereto if called as a witness in this action.

Executed on this 13th day of August, 2019, in New York, New York.

By: _____
Joseph Cayre