Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Wesley Chao (SBN 324077)
wchao@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1291
Facsimile: (415) 772-7400

Attorneys for Defendants Joseph Cayre and
Brams Jacob Moyal

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HSM HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MANTU I.M. MOBILE LTD., an Israeli limited company, BEEZZ COMMUNICATIONS SOLUTIONS LTD, an Israeli limited company, ERAN BEN ELIEZER, JOSEPH CAYRE, GAVRIEL GEORGE NIRYAEV, DENIS JDANOV, ERAN HAMO, MICHAEL RASKANSKY, and BRAMS JACOB MOYAL,<br><br>Defendants. | Case No. 3:19-cv-04391-TSH<br><br>**DECLARATION OF BRAMS JACOB MOYAL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8, 9(b), 12(b)(2), 12(b)(3) and 12(b)(6).** |

I, Brams Jacob Moyal, declare of my own personal knowledge as follows:

1. I am a resident and citizen of New York, New York. I make this declaration in support of Defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), 12(b)(6), 9(b) and 8.

2. I do not own any property in California and do not conduct any business in the state of California. I am a Rabbi and am based in New York. My professional and business activities are conducted in New York or in Israel.

3. I have not traveled to California in the last year for any reason. The last time I visited California was for a vacation.

4. I am a shareholder of Defendant, Mantu Mobile I.M. Ltd. ("Mantu"). I have not traveled to California in connection with my role as a shareholder of Mantu. I have never visited California or conducted any business in California related to Mantu.

5. I did not meet with Sam Hirbod or any other representative of HSM Holdings Ltd. in California.

6. I have been traveling outside of New York for the last month. I have not been personally served with the Complaint and Summons, although a process server has attempted to leave the Complaint at my home.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that I can and will so testify thereto if called as a witness in this action.

Executed on this __th day of August, 2019, in _____, New York.

By: _____
Brams Jacob Moyal

reason. The last time I visited California was for a vacation.

4. I am a shareholder of Defendant, Mantu Mobile I.M. Ltd. ("Mantu"). I have not traveled to California in connection with my role as a shareholder of Mantu. I have never visited California or conducted any business in California related to Mantu.

5. I did not meet with Sam Hirbod or any other representative of HSM Holdings Ltd. in California.

6. I have been traveling outside of New York for the last month. I have not been personally served with the Complaint and Summons, although a process server has attempted to leave the Complaint at my home.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that I can and will so testify thereto if called as a witness in this action.

Executed on this 14th day of August, 2019, in NEW YORK, New York.

By: [signature]
Brams Jacob Moyal


DECLARATION OF BRAMS JACOB MOYAL ISO MOTION TO DISMISS