```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HSM HOLDINGS, LLC                                                  :
                                                                   :
                              Plaintiff,                           :
                                                                   :
v.                                                                 :     20-cv-00967 (LJL)
                                                                   :
MANTU I.M. MOBILE LTD., et al.                                     :     ORDER
                                                                   :
                              Defendants.                          X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

In their memoranda of law regarding the pending motion to dismiss at Dkt. No. 69, Defendants cite to a number of Israeli cases and statutes. Pursuant to Rule 2(I) of the Court's Individual Practices, it is ORDERED that by 5:00 p.m. on Friday, February 12, 2021, either party that has cited to any Israeli case or statute shall file an English-language version of the cited material on ECF.

SO ORDERED.

Dated: February 9, 2021                        _____
       New York, New York                              LEWIS J. LIMAN
                                                   United States District Judge