UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  07/25/2022
```

-------------------------------------------------------------------X
:
HSM HOLDINGS, LLC,                                      :
:
                                   Plaintiff,           :
:                    20-cv-967 (LJL)
            -v-                                         :
:                       ORDER
MANTU I.M. MOBILE LTD., et al.,                         :
:
                                   Defendants.          :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court resolved the first and second discovery disputes raised in Dkt. No. 132 on the
record at a conference held on July 15, 2022.  The parties submitted a joint letter regarding the
status of the third discovery dispute.  Dkt. No. 137.  The motion to compel discovery as to the
third discovery dispute is denied.

        The Court will not compel Defendants to produce more documents than set out by
Defendants on page 3 of Dkt. No. 137.  Plaintiff has not shown that the requested discovery is
relevant or proportional to the needs of the case under Federal Rule of Civil Procedure
26(b)(1).  Plaintiff cites two cases with respect to the claim that the requested documents are
relevant to Plaintiff's fraud claim—one case is a criminal case that makes the general point that
fraudulent intent frequently is established by circumstantial evidence and the second is a contract
case regarding the use of evidence of post-contract performance to inform interpretation of an
ambiguous contract term.  Plaintiff also argues that the documents are discoverable under a
theory of alter ego liability.  It fails to note that while the First Amended Complaint sought a
declaration of alter ego liability, that claim was withdrawn in the Second Amended Complaint,
which alleges only claims for fraud and deceit, fraudulent concealment, fraudulent inducement,
and negligent misrepresentation.  *See* Dkt. No. 111. Plaintiff has not shown that the broad-
ranging discovery they seek is relevant to those claims.

        Having resolved the discovery dispute, the Court CANCELS the discovery conference
scheduled for July 27, 2022.  The Clerk of Court is respectfully directed to close Dkt. No. 132.

        SO ORDERED.


Dated: July 25, 2022                           _____
       New York, New York                               LEWIS J. LIMAN
                                                      United States District Judge