UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HSM Holdings, LLC,

                Plaintiff,

       -v-

Mantu I.M. mobile, LTD., et al.,

                Defendants.
------------------------------------------------------------------X

20-cv-967 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Plaintiff HSM Holdings, LLC filed a letter motion on September 29, 2022 seeking the imposition of sanctions on Defendants Mantu I.M. Mobile, Ltd., Joseph Cayre, and Brams Jacob Moyal for failing to comply with this Court's order dated July 15 regarding the production of certain documents by August 2, 2022.

      Defendants shall file any responses to Plaintiff's motion by 5:00 p.m. on October 4, 2022. Plaintiff shall file its reply by 5:00 p.m. on October 6, 2022. The Court will hold an in-person hearing to address the motion on October 7, 2022 at 2:00 p.m. in Courtroom 15C at 500 Pearl Street Courthouse, New York, NY 10007.

      SO ORDERED.

Dated: September 30, 2022
       New York, New York

                                          LEWIS J. LIMAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/30/2022