UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2022
```

-----------------------------------------------------------------------X
                                                            :
HSM Holdings, LLC,                                          :
                                                            :
                          Plaintiff,                        :
                                                            :                     20-cv-967 (LJL)
                                                            :
              -v-                                           :                        ORDER
                                                            :
Mantu I.M. mobile, LTD., et al.,                            :
                                                            :
                          Defendants.                       :
                                                            :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On October 14, 2022, the parties submitted a joint letter expressing their disagreements concerning resolution of their discovery dispute, Dkt. No. 164, pursuant to an order from this Court at the conclusion of an in-person conference on the matter, Dkt. No. 157.  The parties disagree over (1) the definition of the "source documents" subject to discovery and (2) whether Defendants should inquire with Mizrahi Bank whether the statements for Account 548 exist in other formats.

The Court agrees with the Defendants on both issues.

With respect to the scope and definition of "source documents," Defendants shall undertake to obtain "source documents" from its CPA/accountant and Mizrahi Bank, which are defined as "cancelled checks, invoices, bills, receipts, wire transfers, purchase orders, time cards, leases, contracts and deposit slips."  Dkt. No. 164 at 2.  If other categories of documents are produced in response to the request for "source documents," Defendants shall provide those documents to Plaintiff.  *Id*.  Defendants are also not obligated to seek bank statements for Account 548 in a different format.  *Id*.

SO ORDERED.

Dated: October 21, 2022
       New York, New York                          _____
                                                         LEWIS J. LIMAN
                                                   United States District Judge